# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HAROLD W. GANN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **5:11-CR-00008 JLT**<br><br>Francine Zepeda<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]  pleaded guilty to Violation Notice (1) L0169475.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 43 CFR 8365 1-4(b)(2) | Possession of Controlled Substance | 2/20/2011 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Violation Notice (2) L0169428 is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/23/2011
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

JENNIFER L. THURSTON, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/24/11
Date

CASE NUMBER: 5:11-CR-00008 JLT  
DEFENDANT: HAROLD W. GANN

Judgment - Page 2 of 2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows.

|        | Assessment | Fine | Total |
|--------|-----------|------|-------|
| Totals: | $ 10.00 | $ 240.00 | $ 250.00 |

# SCHEDULE OF PAYMENTS

Payment of the total fine shall be due as follows:

**-$50.00 per month until paid in full.**

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and **mailed** to:

U.S. District Court  
Office of the Clerk  
2500 Tulare Street, Room 1501  
Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payments received.